# Court of Appeals
# of the State of Georgia

ATLANTA,  April 09, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1101. IN THE INTEREST OF Z. H., et al., CHILDREN (MOTHER).**

In this direct appeal, the mother of minor children Z. H. and D. H. challenges the juvenile court's order terminating her parental rights. To obtain appellate review of an order terminating parental rights, however, a party must file an application for discretionary review. See OCGA § 5-6-35 (a) (12), (b). "Compliance with the discretionary appeals procedure is jurisdictional."*Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012) (punctuation omitted). Thus, the mother's failure to file a discretionary application deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/09/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*